## IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTINE M. SNYDER, and | : | NO. 1:20-bk-02913 |
| JOHN M. SNYDER, JR., | : | |
| Debtors | : | |
| | : | CHAPTER 7 |
| | : | |

### MOTION TO SEVER JOINT ADMINISTRATION OF DEBTORS' CHAPTER 7 BANKRUPTCY

AND NOW TO WIT, this 29th day of October, 2020, come the Debtors, Christine M. Snyder and John M. Snyder, Jr., by and through their undersigned counsel, Becker Law Group, P.C. and files this Motion to Sever Joint Administration of Debtors' Chapter 7 Bankruptcy and respectfully represents as follows:

1. Christine M. Snyder, Debtor 1, is a married individual who resides at 353 North Street, McSherrystown, Pennsylvania 17344.

2. John C. Snyder, Jr., Debtor 2, is a married individual who resides at 114 Allegheny Avenue, 1st Floor, Hanover, Pennsylvania, 17331.

3. Debtors filed a Petition under Chapter 7 of the United States Bankruptcy Code on September 30, 2020.

4. Debtors filed Amended Schedules I and J and Form 122A on October 16, 2020.

5. Debtors are currently living separate and apart, and therefore have separated their income and expenses.

6. Debtors wish to obtain a Divorce.

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

1

7. Pursuant to L.B.R. 1015-1(c)(1) and (2), Debtors wish to sever and/or bifurcate their Joint Bankruptcy case.

8. Therefore, Debtors respectfully request that this Honorable Court sever and/or bifurcate the administration of their Chapter 7 bankruptcy case so that the Debtors may pursue Chapter 7 discharges individually.

WHEREFORE, Debtors respectfully requests that after such notice and hearing upon this Motion as this Honorable Court deems appropriate, this Honorable Court grant the severance of the Debtors' Jointly filed Chapter 7 Bankruptcy Petition so that each Debtor may pursue a discharge under Chapter 7 individually.

Respectfully submitted,

Date: 10-29-20

By: _____
Taylor K. Thomas, Esquire
Supreme Ct. I.D. #325656
Counsel for Debtor(s)
529 Carlisle Street
Hanover, Pennsylvania 17331
Telephone No. (717) 630-9688
Facsimile No. (717) 630-0691
tthomas@beckerlawgrouppc.com

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

2

## VERIFICATION

I verify that the statements made in this Motion to Sever Joint Administration of Debtors' Chapter 7 Bankruptcy are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities.

_Christine M. Snyder_
Christine M. Snyder

Date: 10/26/20

_____
John C. Snyder, Jr.

Date:_____

R LAW GROUP, P.C.
CARLISLE STREET
VER, PA 17331

7) 630-9688

3

## VERIFICATION

I verify that the statements made in this Motion to Sever Joint Administration of Debtors' Chapter 7 Bankruptcy are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities.

Christine M. Snyder

Date:_____

John C. Snyder, Jr.

Date: 10/28/20

ER LAW GROUP, P.C.
CARLISLE STREET
OVER, PA 17331

717) 630-9688

3

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:   **Christine M Snyder**
       **John C Snyder, Jr.** _____

       Debtor

Case No.:  **1:20-bk-02913** _____

Chapter:  **7** _____

Address:  **353 North Street**
            **Mc Sherrystown, PA 17344-4000** ; 114 Allegheny Avenue, 1st Floor, Hanover, PA 17331
Employer's Tax Identification (EIN) No(s).: _____
Last four digits of Social Security No(s). :   **xxx-xx-8463 &  xxx-xx-4564** _____

## NOTICE OF MOTION

Please take notice that on _____ at _____ _.m., I shall appear in the U.S. Bankruptcy Court for the __**Middle District of**__
__**Pennsylvania**__ at the **(insert courthouse address)** before the Honorable Judge _____ in Courtroom _____ and then and there present
the following motion:

MOTION TO SEVER JOINT DEBTORS' CHAPTER 7 BANKRUPTCY

Date _10-29-20_____

Signature  **/s/ Taylor K. Thomas** _____
Name      **Taylor K. Thomas 325656 PA**
Address   **Becker Law Group, P.C.**
           **529 Carlisle Street**
           **Hanover, PA 17331**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE M. SNYDER, and :    CHAPTER 7
JOHN M. SNYDER, JR., : 
        Debtors : 
                                 :    NO. 1:20-bk-02913
                                 : 
                                 :    MOTION TO SEVER

## ORDER GRANTING SEVERANCE OF THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 7 BANKRUPTCY PETITION

Upon consideration of Debtors' Motion to Sever the Joint Administration of their

Chapter 7 Bankruptcy Petition, the Court hereby permits the Severance of the Debtors'

Joint Chapter 7 Bankruptcy Petition.