IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE M. SNYDER, and : NO. 1:20-bk-02913
JOHN M. SNYDER, JR., :
Debtors :
: CHAPTER 7
:

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Motion to Sever Joint Administration Of Debtors' Chapter 7 Bankruptcy and the Notice of Motion to Sever on the persons and in the manner indicated below:

Service via U.S. First Class Mail Only:

Amazon/Synchrony
Po BOX 960013
Orlando, FL 32896-0013

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Care Credit/Synchrony
PO BOX 960061
Orlando, FL 32896-0061

Citizens Bank, NA
Attn: Bankruptcy Team
One Citizens Bank Way
JCA115
Johnston, RI 02919-1922

Comenitycapital/Ulta
Attn: Bankruptcy Dept.
PO Box 183003
Columbus, OH 43218-3003

Comenitycapital/sephor
PO box 182120
Columbus, OH 43218-2120

Country Door Swiss Colony
Attn: Bankruptcy
1112 Seventh Avenue
Monroe, WI 53566-1364

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

1

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

CitiBank
Citicorp Credit Srvs/Centralized BK Dept
PO Box 790034
St. Louis, MO 63179-0034

Comenity Bank/Torrid
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Wayfair
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-3003

Comenitybank/Maurices
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182273
Columbus, OH 43218-2273

Comenitycapital/bjsclb
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218-3003

Pat Klinedinst
84 Seneca Drive
Hanover, PA 17331

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

HSN
PO Box 530905
Atlanta, GA 30353-0905

Kohls
PO Box 1456
Charlotte, NC 28201-1456

Kohls/ Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

LendingClub
Attn: Bankruptcy
595 Market Street, Ste 200
San Francisco, CA 94105-2807

Lowes/ Synchrony
PO Box 530914
Atlanta, GA 30535-0914

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Maurices/ Comenity
PO Box 659450
San Antonio, TX 78265-9450

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-4387

PNC Bank
PO BOX 856177
Louisville, KY 40285

Sephora Visa/Comenity
PO BOX 659450
San Antonio, TX 78265

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA 19106-1541

Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/zulily
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

PNC Bank
Attn: Bankruptcy
PO Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

QVC/ Synchrony
PO Box 53095
Atlanta, GA 30353

Steps to Recovery
1400 Veterans Highway
Levittown, PA 19056

Suntrust Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290 POB 8509
Richmond, VA 23286-0001

Syncb/HSN
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank /Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Torrid-Comenity
PO Box 659584
San Antonio, TX 78265-9584

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

3

ULTA MC- Comenity
PO BOX 659450
San Antonio, TX 78265

Venus/ Comenity
PO Box 659450
San Antonio, TX 78265

Victoria Secret
PO BOX 659728
San Antonio, TX 78265

Wayfair-Comenity
PO Box 659617
San Antonio, TX 78265

Zulilly/Synchb
PO BOX 530993
Atlanta, GA 30353

Steven M. Carr (Trustee)
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401-1221

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Christine M. Snyder
353 North Street
McSherrystown, PA 17344-1401

Mr. John C. Snyder, Jr.
114 Allegheny Avenue, 1st Floor
Hanover, PA 17331-1803

Date: 11-2-20

Respectfully submitted,

By: /s/ Taylor K. Thomas
Taylor K. Thomas, Esquire
Supreme Ct. I.D. #325656
Counsel for Debtor(s)
529 Carlisle Street
Hanover, Pennsylvania 17331
Telephone No. (717) 630-9688
Facsimile No. (717) 630-0691
tthomas@beckerlawgrouppc.com

BECKER LAW GROUP, P.C.
529 CARLISLE STREET
HANOVER, PA 17331

(717) 630-9688

4

Case 1:20-bk-02913-HWV    Doc 19    Filed 11/02/20    Entered 11/02/20 15:00:38    Desc
Main Document    Page 4 of 4