IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE M. SNYDER, and : NO. 1:20-bk-02913
JOHN M. SNYDER, JR., :
        Debtors :
                                      : CHAPTER 7
                                      :

**<u>AMENDED NOTICE TO MOTION TO SEVER JOINT ADMINISTRATION OF DEBTORS'
CHAPTER 7 BANKRUPTCY</u>**

The Debtors filed a Motion to Sever Joint Administration of their Joint Chapter 7 Bankruptcy Case on October 29, 2020.

If you object to the relief requested, you must file your objection/response no later than November 12, 2020 with the Clerk of the Bankruptcy Court at the Ronald Reagan Federal Building, 228 Walnut Street Rm 320, Harrisburg, PA 17101 and serve a copy on all required parties.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,

Date: 11-3-20

By: _____
Taylor K. Thomas, Esquire
Supreme Ct. I.D. #325656
Counsel for Debtor(s)
529 Carlisle Street
Hanover, Pennsylvania 17331
Telephone No. (717) 630-9688
Facsimile No. (717) 630-0691
tthomas@beckerlawgrouppc.com

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE M. SNYDER, and : NO. 1:20-bk-02913
JOHN M. SNYDER, JR., :
     Debtors :
: CHAPTER 7
:

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Motion to Sever Joint Administration Of Debtors' Chapter 7 Bankruptcy and the Notice of Motion to Sever on the persons and in the manner indicated below:

Service via U.S. First Class Mail Only:

Amazon/Synchrony
Po BOX 960013
Orlando, FL 32896-0013

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Care Credit/Synchrony
PO BOX 960061
Orlando, FL 32896-0061

Citizens Bank, NA
Attn: Bankruptcy Team
One Citizens Bank Way
JCA115
Johnston, RI 02919-1922

Comenitycapital/Ulta
Attn: Bankruptcy Dept.
PO Box 183003
Columbus, OH 43218-3003

Comenitycapital/sephor
PO box 182120
Columbus, OH 43218-2120

Country Door Swiss Colony
Attn: Bankruptcy
1112 Seventh Avenue
Monroe, WI 53566-1364

CitiBank
Citicorp Credit Srvs/Centralized BK Dept
PO Box 790034
St. Louis, MO 63179-0034

Comenity Bank/Torrid
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Wayfair
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-3003

Comenitybank/Maurices
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182273
Columbus, OH 43218-2273

Comenitycapital/bjsclb
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218-3003

Pat Klinedinst
84 Seneca Drive
Hanover, PA 17331
PennyMac Loan Services, LLC
Attn: Correspondence Unit

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

HSN
PO Box 530905
Atlanta, GA 30353-0905

Kohls
PO Box 1456
Charlotte, NC 28201-1456

Kohls/ Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

LendingClub
Attn: Bankruptcy
595 Market Street, Ste 200
San Francisco, CA 94105-2807

Lowes/ Synchrony
PO Box 530914
Atlanta, GA 30535-0914

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Maurices/ Comenity
PO Box 659450
San Antonio, TX 78265-9450

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PNC Bank
Attn: Bankruptcy

Po Box 514387
Los Angeles, CA 90051-4387

PNC Bank
PO BOX 856177
Louisville, KY 40285

Sephora Visa/Comenity
PO BOX 659450
San Antonio, TX 78265

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA 19106-1541

Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/zulily
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

ULTA MC- Comenity
PO BOX 659450
San Antonio, TX 78265

PO Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

QVC/ Synchrony
PO Box 53095
Atlanta, GA 30353

Steps to Recovery
1400 Veterans Highway
Levittown, PA 19056

Suntrust Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290 POB 8509
Richmond, VA 23286-0001

Syncb/HSN
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank /Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Torrid-Comenity
PO Box 659584
San Antonio, TX 78265-9584

Venus/ Comenity
PO Box 659450
San Antonio, TX 78265

Victoria Secret
PO BOX 659728
San Antonio, TX 78265

Wayfair-Comenity
PO Box 659617
San Antonio, TX 78265

Zulilly/Synchb
PO BOX 530993
Atlanta, GA 30353

Steven M. Carr (Trustee)
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401-1221

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Christine M. Snyder
353 North Street
McSherrystown, PA 17344-1401

Mr. John C. Snyder, Jr.
114 Allegheny Avenue, 1st Floor
Hanover, PA 17331-1803

Date: 11-3-20

Respectfully submitted,

By: _____
Taylor K. Thomas, Esquire
Supreme Ct. I.D. #325656
Counsel for Debtor(s)
529 Carlisle Street
Hanover, Pennsylvania 17331
Telephone No. (717) 630-9688
Facsimile No. (717) 630-0691
tthomas@beckerlawgrouppc.com