# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTINE M. SNYDER, and | : | CHAPTER 7 |
| JOHN M. SNYDER, JR., | : | |
| Debtors | : | |
| | : | NO. 1:20-bk-02913 |
| | : | |
| | : | MOTION TO SEVER |

## ORDER GRANTING SEVERANCE OF THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 7 BANKRUPTCY PETITION

Upon consideration of Debtors' Motion to Sever the Joint Administration of their Chapter 7 Bankruptcy Petition, the Court hereby permits the Severance of the Debtors' Joint Chapter 7 Bankruptcy Petition.

Please allow Debtor 1, Christine M. Snyder, to retain the original docket number of 1:20-bk-02913, and sever the case of Debtor 2, John M. Snyder, Jr. who will get a new docket number.