United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02913-HWV
Christine M Snyder  Chapter 7
John C Snyder, Jr.
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 318JO1 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M Snyder, 353 North Street, Mc Sherrystown, PA 17344-1401 |
| jdb | + | John C Snyder, Jr., 114 Allegheny Avenue, 1st Floor, Hanover, PA 17331-1803 |
| cr | + | Attn: Support Servic SunTrust Bank now Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5362737 | + | Comenitycapital/sephor, Po Box 182120, Columbus, OH 43218-2120 |
| 5362742 | + | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5362746 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5362750 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362748 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5362760 | + | Pat Klinedinst, 84 Seneca Drive, Hanover, PA 17331-7724 |
| 5362761 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5362765 | + | Sephora Visa/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5362766 | + | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |
| 5362779 | + | ULTA MC- Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 14 2021 00:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5362723 | + | EDI: RMSC.COM | Jan 14 2021 00:13:00 | Amazon/Synchrony, Po BOX 960013, Orlando, FL 32896-0013 |
| 5362724 | + | EDI: BANKAMER.COM | Jan 14 2021 00:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5362730 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2021 19:20:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 5362725 | + | EDI: CAPITALONE.COM | Jan 14 2021 00:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5362726 | + | EDI: RMSC.COM | Jan 14 2021 00:13:00 | Care Credit/Synchrony, PO BOX 960061, Orlando, FL 32896-0061 |
| 5362727 | + | EDI: CITICORP.COM | Jan 14 2021 00:13:00 | Citi bank, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5362728 | + | EDI: CITICORP.COM | Jan 14 2021 00:13:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5362731 | + | EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5362732 | + | EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5362733 | + | EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5362735 | + EDI: WFNNB.COM | Jan 14 2021 00:13:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5362734 | + EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenitybank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5362738 | + EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5362736 | + EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5362739 | + EDI: CBS7AVE | Jan 14 2021 00:13:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5362740 | + EDI: DISCOVER.COM | Jan 14 2021 00:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5362741 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | HSN, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5362744 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2021 19:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5362746 | + EDI: LENDNGCLUB | Jan 14 2021 00:13:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5362747 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Lowes/Synchrony, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5362749 | + EDI: WFNNB.COM | Jan 14 2021 00:13:00 | Maurices/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5362762 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2021 19:20:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5362763 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2021 19:20:00 | PNC Bank, PO BOX 856177, Louisville, KY 40285 |
| 5362764 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | QVC/Synchrony, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5362768 | + EDI: STF1.COM | Jan 14 2021 00:13:00 | Suntrust Bk, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 5362770 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362769 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362771 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5363323 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5362772 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362773 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5362774 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362775 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5362776 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362777 | + EDI: RMSC.COM | Jan 14 2021 00:13:00 | Synchrony/Ashley Furniture Homestore, Attn: |

| Recip ID | Bypass | | | |
| --- | --- | --- | --- | --- |
| | | | | Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5362778 | + EDI: WFNNB.COM | | Jan 14 2021 00:13:00 | Torrid- Comenity, PO BOX 659584, San Antonio, TX 78265-9584 |
| 5362780 | + EDI: WFNNB.COM | | Jan 14 2021 00:13:00 | Venus/Comenity, Po BOX 659450, San Antonio, TX 78265-9450 |
| 5362781 | + EDI: WFNNB.COM | | Jan 14 2021 00:13:00 | Victoria Secret, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5362782 | + EDI: WFNNB.COM | | Jan 14 2021 00:13:00 | Wayfair- Comenity, PO BOX 659617, San Antonio, TX 78265-9617 |
| 5362783 | + EDI: RMSC.COM | | Jan 14 2021 00:13:00 | Zulilly/Synchb, PO BOX 530993, Atlanta, GA 30353-0993 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5362729 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5362743 | *+ | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5362745 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5362751 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362752 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362753 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362754 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362755 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362756 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362757 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362758 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362759 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5362767 | *+ | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | |

stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com

Taylor K Thomas
    on behalf of Debtor 1 Christine M Snyder tthomas@beckerlawgrouppc.com

Taylor K Thomas
    on behalf of Debtor 1 John C Snyder Jr. tthomas@beckerlawgrouppc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christine M Snyder<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8463<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | John C Snyder Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4564<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02913-HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine M Snyder

1/13/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

Case 1:20-bk-02913-HWV   Doc 30   Filed 01/15/21   Entered 01/16/21 00:33:44   Desc
Imaged Certificate of Notice   Page 5 of 6

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**